AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas  [▾]

United States Courts
Southern District of Texas
FILED

*June 25, 2025*

Nathan Ochsner, Clerk of Court

|  |  |  |  |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| Pedro Jose Ramirez Delgado | ) | Case No. | **4:25-mj-388** |
| | ) | | |
| | ) | | |
| | ) | | |
| *Defendant(s)* | ) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 04, 2025___ in the county of ___Harris___ in the ___Southern___ District of ___Texas___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) (5)(A) and 924 (a)(8) and 2 | Alien in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached Affidavit of probable cause

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Nicole Miyako, Task Force Officer
*Printed name and title*

Sworn to before me telephonically.

Date:  ___06/25/2025___

_____
*Judge's signature*

City and state:  ___Houston, Texas___

Peter Bray, United States Magistrate Judge
*Printed name and title*

**4:25-mj-388**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Nicole Miyako, being duly sworn, do hereby depose and state:

1.    I am a Task Force Officer with the Federal Bureau of Investigation (FBI), assigned to the Houston Division, in Houston, Texas. I have been so employed since March 2025. As part of my official duties as Task Force Officer, I am assigned to the Safe Streets Task Force. This unit investigates various violations of criminal law focusing on gangs, drugs, firearms, and violent crimes. I have received training in the areas of violent crime and organized crime and have conducted various types of electronic surveillance, authorized interception of wire and electronic communications. I have participated in the execution of search warrants and the debriefing of defendants, witnesses, and informants. I have been trained to participate in federal and state investigations that could result in the arrest and conviction of individuals, who have violated federal law. As a Task Force Officer, I am authorized to investigate violations of law of the United States and execute warrants issued under the authority of the United States.

2.    The facts contained in this affidavit are based on my knowledge, training, and experience and upon information provided to me by other law enforcement officers and individuals. Since this affidavit is made for the limited purpose of supporting probable cause for a Criminal Complaint, I have not set forth every fact learned during the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the crimes charged. Unless otherwise indicated, where actions, conversations, and statements of others are related herein, they are related in substance and in part only.

3.      On Saturday, March 02, 2024, Pedro Jose Ramirez Delgado (RAMIREZ DELGADO), date of birth (DOB) May 19, 1999, arrived with a scheduled CBP One appointment to the Brownsville, Texas Port of Entry without documents sufficient for lawful entry into the United States. RAMIREZ DELGADO was referred to secondary after verifying he was not in possession of valid documents to enter or reside in the United States. RAMIREZ DELGADO was afforded the opportunity to make a consular notification but declined. RAMIREZ DELGADO was processed for a Notice to Appear on January 26, 2026 and paroled into the U.S. pending a 240 hearing.

4.      RAMIREZ DELGADO is a citizen of Venezuela with no legal status to be in the United States.

5.      On May 04, 2025, Raul Antonio Ramirez Correa (RAMIREZ CORREA) communicated via text message with a Confidential Human Source (CHS1) and offered to sell CHS1 a Smith and Wesson pistol with an optic for $1,000.00. RAMIREZ CORREA provided CHS1 a picture of the firearm he was offering.

6.      CHS1 accepted the offer, and a controlled firearm purchase was conducted at 7979 Westheimer Rd. RAMIREZ CORREA advised CHS1 that he would not be available for the purchase but that his friend "Junior" was driving from Sharpstown Center to meet and deliver the firearm. CHS1 and CHS2 arrived at 7979 Westheimer Rd and parked in the apartment parking lot to wait for "Junior," RAMIREZ CORREA's friend. When "Junior" arrived, he got in the backseat of the CHSs' vehicle and handed over a loaded Smith and Wesson M&P with an optic, bearing serial number #MBP2026, in exchange for $1,000.00 in cash.

7.      CHS1 recognized "Junior" as Pedro Jose Ramirez Delgado (RAMIREZ DELGADO) who he/she knows from previous face to face interactions. Agents know that CHS1

and RAMIREZ DELGADO have the same friends. They have known each other for more than three months. CHS1 has previously communicated with RAMIREZ DELGADO via WhatsApp. Agents showed CHS1 a picture of RAMIREZ DELGADO and he/she was able to confirm that was Pedro Jose Ramirez Delgado whom CHS1 knows by "Junior."

8.     On the evening of May 04, 2025, RAMIREZ DELGADO communicated with CHS1 via text message and offered to sell CHS1 a Glock 26 handgun for $1,200.00. RAMIREZ DELGADO provided CHS1 with a picture of the firearm he was offering.

9.     CHS1 accepted the firearm on behalf of CHS2 and another controlled firearm purchase was conducted at 7979 Westheimer Rd. CHS1 and CHS2 rode together to the above-mentioned location and met with RAMIREZ DELGADO, who was already waiting for them. RAMIREZ DELGADO got in the backseat of the CHSs' vehicle and handed CHS2 a loaded Glock 26 handgun, bearing serial number #PDX082 in exchange for $1,200.00 cash. CHS2 confirmed RAMIREZ DELGADO was the same person who provided CHS1 and CHS2 with the Smith and Wesson M&P with an optic firearm  earlier that same day.

10.     On May 29, 2025, I received confirmation from Bureau of Alcohol, Tobacco, and Firearms (ATF) Senior Investigator R. Jones that RAMIREZ DELGADO has never been deemed a "Responsible Person" or "Owner" on any ATF license or permit. Senior Investigator R. Jones is an Industry Operations Intelligence Specialist.

11.     On May 30, 2025, I received confirmation from Bureau of Alcohol, Tobacco, and Firearms Special Agent D. Lesh that the Smith and Wesson M&P, bearing serial number #MPB2026, seized during a controlled firearm purchase, was manufactured in Connecticut, outside of the state of Texas. The Glock 26, bearing serial number #PDX082, seized during a

controlled firearm purchase, was manufactured in the Country of Austria, which is outside of the State of Texas. Special Agent D. Lesh is a firearms interstate nexus expert.

12.    Based on the foregoing facts, I believe that there is probable cause to believe that on May 4, 2025, RAMIREZ DELGADO committed the following offense:

Alien in Possession of a Firearm, in violation of 18 U.S.C. § 922(g) (5)(A) and 924(a)(8) and 2.

_____
Task Force Officer Nicole Miyako
Federal Bureau of Investigation

Sworn to before me and subscribed telephonically on this the 25th[th] day of June 2025 and I find probable cause.

_____
Honorable Peter Bray
United States Magistrate Judge